UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL NO: |
| vs. | § | PE:16-CR-00424(1)-RAJ |
| | § | |
| (1) ANDREW MARION KOWALIK | § | |

## ORDER SETTING SENTENCING IN PECOS

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **SENTENCING IN PECOS** in Courtroom 1, on the 2nd Floor of the United States Courthouse, 410 S. Cedar, Pecos, TX, on **Monday, February 13, 2017 at 02:00 PM**.

    IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

    IT IS SO ORDERED this 31st day of January, 2017.

_____
ROBERT JUNELL
SENIOR U. S. DISTRICT JUDGE