## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff,** | § <br> § <br> § | |
| v. | § <br> § | **CRIMINAL NO: P-16-CR-424 RAJ** |
| ANDREW MARION KOWALIK,<br>**Defendant.** | § <br> § <br> § | |

## DECLARATION OF PUBLICATION

Under 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an Order of Forfeiture in a criminal case, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 17, 2017, and ending on March 18, 2017. (See Attachment.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 23, 2017 at Austin, Texas.

DANIEL M. CASTILLO
Assistant United States Attorney
Texas State Bar No. 00793481
816 Congress Avenue, Suite 1000
Austin, Texas 78701
(512) 916-5858/916-5854 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2017, a true and correct copy of the foregoing instrument was filed with Clerk of the Court using the CM/ECF System, which will transmit notification of such to the following CM/ECF participant:

Terry Gene Collins
Law Office of Terry G. Collins
PO Box 1988
Rockport, Texas 78381
*(Attorney for Defendant Andrew Marion Kowalik)*

DANIEL M. CASTILLO
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS, PECOS DIVISION**
**COURT CASE NUMBER: P-16-CR-424-RAJ; NOTICE OF FORFEITURE**

Notice is hereby given that on February 14, 2017, in the case of U.S. v. Andrew Marion Kowalik, Court Case Number P-16-CR-424-RAJ, the United States District Court for the Western District of Texas entered an Order condemning and forfeiting the following property to the United States of America:

Multiple Mexican Archaeological Artifacts in Wooden Display Cases, (16-INT-000013), including the following items: 81 Mexican Archaeologial Arrowheads, Ser No: 1-PM-B; 429 Mexican Archaeologial Arrowheads, Ser No: 2-PM-B; 9 Mexican Archaeologial Arrowheads, Ser No: 8-TS-A which were seized from Andrew Kowalik.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (February 17, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 410 S. Cedar, Pecos, TX  79772, and a copy served upon Assistant United States Attorney Daniel Castillo, 816 Congress Ave., Suite 1000, Austin, TX  78701. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 17, 2017 and March 18, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Andrew Marion Kowalik

**Court Case No:**     P-16-CR-424-RAJ
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/17/2017 | 23.9 | Verified |
| 2 | 02/18/2017 | 23.9 | Verified |
| 3 | 02/19/2017 | 23.9 | Verified |
| 4 | 02/20/2017 | 23.9 | Verified |
| 5 | 02/21/2017 | 23.8 | Verified |
| 6 | 02/22/2017 | 24.0 | Verified |
| 7 | 02/23/2017 | 23.9 | Verified |
| 8 | 02/24/2017 | 23.9 | Verified |
| 9 | 02/25/2017 | 23.9 | Verified |
| 10 | 02/26/2017 | 23.9 | Verified |
| 11 | 02/27/2017 | 23.9 | Verified |
| 12 | 02/28/2017 | 23.9 | Verified |
| 13 | 03/01/2017 | 23.9 | Verified |
| 14 | 03/02/2017 | 23.9 | Verified |
| 15 | 03/03/2017 | 23.9 | Verified |
| 16 | 03/04/2017 | 23.9 | Verified |
| 17 | 03/05/2017 | 23.9 | Verified |
| 18 | 03/06/2017 | 23.9 | Verified |
| 19 | 03/07/2017 | 23.9 | Verified |
| 20 | 03/08/2017 | 23.9 | Verified |
| 21 | 03/09/2017 | 23.9 | Verified |
| 22 | 03/10/2017 | 23.9 | Verified |
| 23 | 03/11/2017 | 23.9 | Verified |
| 24 | 03/12/2017 | 22.9 | Verified |
| 25 | 03/13/2017 | 23.9 | Verified |
| 26 | 03/14/2017 | 23.9 | Verified |
| 27 | 03/15/2017 | 23.9 | Verified |
| 28 | 03/16/2017 | 24.0 | Verified |
| 29 | 03/17/2017 | 23.8 | Verified |
| 30 | 03/18/2017 | 23.8 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.