UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ANDREW MARION KOWALIK,<br>Defendant. | §<br>§<br>§<br>§  Criminal No. P-16-CR-424 RAJ<br>§<br>§<br>§ |

FILED
2017 MAY -8 AM 8:32
CLERK U.S. ...
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## FINAL JUDGMENT OF FORFEITURE

Came on to be considered the **United States' Motion for Final Judgment of Forfeiture**, pursuant to the provisions of FED. R. CRIM. P. 32.2(c)(2) and 21 U.S.C. §§ 853(n)(1-7), and this Court being fully and wholly apprised in all its premises finds that the United States has proven by a preponderance of the evidence a nexus between the below-described properties and the violation of 18 U.S.C. § 545, and that Defendant ANDREW MARION KOWALIK has an interest in the below-described properties. Said Motion is meritorious and should be, and hereby is, in all things GRANTED; IT IS THEREFORE

ORDERED that all right, title, and interest of Defendant ANDREW MARION KOWALIK in certain properties, namely:

- Wooden Display case 1-PM-B containing 81 Mexican Prehistoric Archaeological Artifacts (arrowheads);
- Wooden Display case 2-PM-B containing 429 Mexican Prehistoric Archaeological Artifacts (arrowheads); and
- Wooden Display case 8-TS-A containing 9 Mexican Prehistoric Archaeological Artifacts (arrowheads)

**(hereinafter referred to as "Subject Properties")** be, and hereby are FORFEITED to the United States; and IT IS FURTHER

ORDERED that any and all right, title, and interest of any and all potential petitioners in the Subject Properties be, and hereby are, held in default and be, and hereby are, forfeited to the United States; and IT IS FURTHER

ORDERED that the Department of Homeland Security Investigations (HSI) and/or its designated custodians, shall dispose of the Subject Properties in accordance with law; and IT IS FURTHER

ORDERED that all terms and provisions contained in this Court's Preliminary Order of Forfeiture entered on February 14, 2017 (Doc. 28), in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

SIGNED on this the ____ day of _May_____, 2017.

_____
ROBERT JUNELL
SENIOR U.S. DISTRICT JUDGE